**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>HANNAH'S INC., and HANNAH'S PET HOSPITALS OF OREGON, INC,<br><br>    Defendants. | Case No. 3:20-cv-01688-IM<br><br>**ORDER** |

**IMMERGUT, District Judge.**

   This Court, having considered the foregoing stipulated agreement of the parties filed on October 6, 2021, HEREBY ORDERS THAT the Consent Decree, be, and the same hereby is, approved as the final decree of this Court in full settlement of this action. ECF 28. This lawsuit is hereby dismissed with prejudice and without costs or attorney's fees. The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein.

**IT IS SO ORDERED.**

DATED this 8th day of October, 2021.

                                                /s/ Karin J. Immergut
                                                Karin J. Immergut
                                                United States District Judge